

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00117-CR

Leonard Earl **WHITE-WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3195C
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's reply brief was originally due to be filed on October 16, 2018. On the same day, appellant filed a motion requesting an extension of time to file the reply brief until November 1, 2018, for a total extension of fifteen days. The motion is GRANTED.

It is so **ORDERED** on October 24, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court